36293. TREGLOWN et al. v. WALTERS.

Judgment affirmed without opinion pursuant to Rule 59. *All the Justices concur.*

Argued June 4, 1980 — Decided October 1, 1980.

*Thomas E. Shanahan,* for appellants.
*Charles Williams,* for appellee.